

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| JENNIFER CABALLERO, | § | No. 08-18-00033-CV |
| Appellant, | § | Appeal from the 388th |
| v. | § | Judicial District Court |
| SANJIV VIG, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2014DCM6244) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellant and its sureties, if any, all costs both in this Court and the court below. *See* TEX.R.APP.P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge, (Sitting by Assignment)